UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2019 OCT 22 P 12: 59
STEPHEN C. DRIES
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 19-CR-19-CR-182 |
| v. | [18 U.S.C. §§ 2422(b) and 2423(b)] |
| TOMMY LEE JENKINS, | Green Bay Division |
| Defendant. | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Between on or about October 1, 2019, and October 10, 2019, in the State and Eastern District of Wisconsin and elsewhere,

**TOMMY LEE JENKINS,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce a person who had not yet attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, sexual contact and sexual intercourse in violation of Wisconsin Statute Section 948.02(2) (second-degree sexual assault of a child).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about October 1, 2019, and October 10, 2019, in the State and Eastern District of Wisconsin and elsewhere,

**TOMMY LEE JENKINS**

did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor.

In violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL:**

███████████████

FOREPERSON

Dated: October 22nd, 2019

MATTHEW D. KRUEGER
United States Attorney