# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TOMMY LEE JENKINS** | **HEARING MINUTES**<br>**ARRAIGNMENT**<br><br>Case No. 19-CR-182 |

| | |
|---|---|
| HONORABLE James R. Sickel, presiding | Time Called: 2:37 p.m. |
| Proceeding Held: November 23, 2019 | Time Concluded: 2:42 p.m. |
| Deputy Clerk: Cheryl | Tape: 102319 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| TOMMY LEE JENKINS in person and by: | Thomas E. Phillip |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: | ☐ Interpreter Sworn |

☒ Original Indictment ☐ Superseding Indictment ☒ Felony ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **December 31, 2019** | Trial Estimate: | **3 days** |
| Final Pretrial Date: | **Dec. 18, 2019 at 11:00 a.m.** | Motions Due: | **November 7, 2019** |
| Jury Trial Date: | **Dec. 30, 2019 at 8:30 a.m.** | Responses Due: | **November 18, 2019** |
| District Judge: | **William C. Griesbach** | Replies Due: | **November 25, 2019** |
| Magistrate Judge: | **Nancy Joseph** | | |

☒ Defendant advised of rights   ☒ Defendant advised of maximum penalties
☐ Court orders counsel appointed   ☒ Open discovery policy applies
☒ Copy of indictment received by defendant   ☒ Government to disclose GJ materials one day prior to trial
　☒ indictment read; or ☐ reading waived
☒ Not guilty plea entered by: ☒ defendant ☐ court

☐ Defendant released on: ☐ O/R bond; ☐ Cash bond; ☐ Property bond; ☐ with conditions.
　SEE Order Setting Conditions of Release.
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained. Detention hearing set for:
☐ Bond continued; or ☒ Detention continued as previously set

Maximum Penalties: Count 1: 10ymm-life; $250,000; 5y-life SR; $100 SA; $5000
Count 2: 30y-life, $250,000; 5y-life SR; $100 SA; $5000