# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

                **Case No. 19-CR-182**

**TOMMY LEE JENKINS,**

    **Defendant.**

## ORDER FOR COMPETENCY EXAMINATION

  Upon consideration of defense counsel's motion to determine the defendant's competency (Docket # 10), the court having found that there is reasonable cause to believe that the defendant presently is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and given that the defendant is incarcerated in the Brown County Jail,

  **IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 4241(b), that licensed psychologist Melissa J. Westendorf J.D./Ph.D. shall perform an examination of the defendant to determine his mental competency. Dr. Westendorf shall visit the defendant at his place of incarceration, and shall have access to his institutional and treatment records.

  **IT IS FURTHER ORDERED** that Dr. Westendorf shall file a report on the defendant's competency pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. §§ 4247(b) and (c).

Dated at Milwaukee, Wisconsin this 12th day of December, 2019.

>BY THE COURT:
>
>*s/Nancy Joseph*_____
>NANCY JOSEPH
>United States Magistrate Judge