19-CR-182

U.S. District Court
Wisconsin Eastern

NOV - 9 2020

FILED
Clerk of Court

To: Willom Griesbach

I would like to know if I could get off of life time paper if I don't get tickets for the next 2 to 5 years. Way I am at USP Marion prison, and have it move Down to 5 years on paper. I can Show you I am not like you see on paper at all.

Thank you

from
Tommy Lee Jenkins
#17115-089
4500 Prison RD
P.O. BOX 2000
Marion IL 62959

Tommy Jerkins