UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                            Case No. 19-C-182

TOMMY LEE JENKINS,

    Defendant.

## ORDER

On June 15, 2020, Defendant Tommy Lee Jenkins was sentenced to ten years in prison to be followed by lifetime supervised release for the crime of using a facility and means of interstate commerce to entice and coerce a minor to engage in sexual activity in violation of 18 U.S.C. § 2422(b). This was not Jenkins first offense. In September 2012, he was placed on probation for four years following his conviction on four counts of child abuse recklessly causing harm in Winnebago County. In that case, Jenkins was originally arrested and charged with first-degree sexual assault of a child and repeated sexual assault of the same child. The charges were apparently reduced upon consideration of the defendant's history of developmental disorders, intelligence deficits, and other physical and mental health disorders that are described in the presentence report. Nevertheless, the presentence report also documented several other arrests between 2010 and 2019 involving allegations of sexual misconduct with children. It was for this reason that the court imposed lifetime supervision following the defendant's prison term.

On November 9, 2020, less than five months after his sentencing, and while still at the inception of his prison term, the defendant has filed a motion for early termination of supervised

release.  The motion is obviously premature.  Until such time as the defendant completes his prison term and a substantial portion of the supervised release the court has imposed, a motion for early termination will not be considered.  Accordingly, the motion is denied.

Dated at Green Bay, Wisconsin this <u>12th</u> day of November, 2020.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge

2

Case 1:19-cr-00182-WCG   Filed 11/12/20   Page 2 of 2   Document 42